1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 3-06-70648 |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| ROBERT VARGAS, | ) | |
| Defendant. | ) | |

1   With the permission of Pretrial Services Officer Michelle Nero, Defendant Robert Vargas
2   respectfully requests, and the parties agree, that his conditions of pretrial release should be amended
3   so that he may temporarily leave the Northern District of California on a previously scheduled cruise
4   to Mexico from November 6 through November 15, 2006. A complete detailed itinerary of the
5   cruise shall be provided to Ms. Nero. During the stay, Mr. Vargas will be reachable on his cell
6   phone. Mr. Vargas shall remain in contact with Pretrial Services as directed by Ms. Nero. All other
7   conditions to remain the same.
8   IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: 10/24/06

_____
DEREK OWENS
Assistant United States Attorney

DATED: 10/24/06

_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Robert Vargas

IT IS SO ORDERED.
DATED: October 26, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIP. & ~~PROP~~. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE                - 1 -