KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0720 MAG |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| v. ) | |
| ROBERT DOMINGO VARGAS ) a/k/a: Abel Vargas, ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

On November 1, 2006, the parties in this case appeared before the Court for an Initial Appearance. At that time, the parties stipulated that the Initial Appearance would be continued until November 1, 2007, and that time should be excluded from the Speedy Trial Act calculations from November 1, 2006 to October 31, 2007, for the deferral of prosecution. See 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.

The United States has referred Mr. Vargas to Pretrial Services for an intake evaluation. If Mr. Vargas meets the qualifications set forth by Pretrial Services, it is anticipated that he will

Stipulation and [Proposed] Order
CR 06-0720 MAG

be placed on pretrial diversion for twelve months.  Accordingly, the parties agree that the prosecution will be deferred for a twelve-month period of time for Mr. Vargas to demonstrate good conduct under the conditions of a pretrial diversion program.

**IT IS SO STIPULATED**.

                                          Respectfully submitted,

                                          KEVIN V. RYAN
                                          United States Attorney

DATED:   11/02/06                         /s/ Derek R. Owens
                                          DEREK R. OWENS
                                          Special Assistant U.S. Attorney

DATED:   11/02/06                         /s/ Daneil P. Blank
                                          DANIEL P. BLANK
                                          Attorney for Defendant Vargas

     As the Court found on November 1, 2006, and for the reasons stated above, the Court finds that an exclusion of time between November 1, 2006 and October 31, 2007 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from November 1, 2006 to October 31, 2007, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

**IT IS SO ORDERED.**

DATED: 11/6/06                                     
                                          EDWARD M. CHEN
                                          United States Magistrate Judge