1   BARRY J. PORTMAN
    Federal Public Defender
2   DANIEL P. BLANK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA  94102
4   Telephone:  (415) 436-7700

5   Counsel for Defendant VARGAS

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 06-0720 EMC
            Plaintiff,                      )
12                                         )   STIPULATION AND [PROPOSED]
                                           )   ORDER AMENDING CONDITIONS
13          v.                              )   OF PRETRIAL RELEASE
                                           )
    ROBERT VARGAS,                          )
14                                         )
            Defendant.                      )
15  _____)

16

17

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE

1      With the permission of Pretrial Services Officer Michelle Nero, Defendant Robert Vargas

2  respectfully requests, and the parties agree, that his conditions of pretrial release should be amended.

3  First, Mr. Vargas may as a general matter leave the Northern District of California to visit his mother

4  and father in Ceres, California, with prior notification to Ms. Nero.  Second,  Mr. Vargas may

5  temporarily leave the Northern District of California to travel to Reno, Nevada, from December 29,

6  2006, through January 3, 2007.  During that time, Mr. Vargas will be staying at the Circus Circus

7  Hotel, 500 N. Sierra Street, Reno, Nevada 89503 and will reachable on his cell phone (415) 572-

8  8891.  Mr. Vargas shall remain in contact with Pretrial Services as directed by Ms. Nero.  All other

9  conditions to remain the same.

10  IT IS SO STIPULATED.

11                                    KEVIN V. RYAN
                                      United States Attorney

12

13  DATED: December 8, 2006         _____/S/_____
                                      DEREK OWENS

14                                      Assistant United States Attorney

15

16  DATED: December 8, 2006         _____/S/_____
                                      DANIEL P. BLANK

17                                      Assistant Federal Public Defender
                                      Attorney for Robert Vargas

18

19  IT IS SO ORDERED.

20  DATED: December 20, 2006        _____

21                                      EDWARD M. CHEN
                                      United States Magistrate Judge

22

23

24

25

26

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE        - 1 -