1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant VARGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 3-06-70648 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER AMENDING CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| ROBERT VARGAS, | ) | |
| | ) | |
| Defendant. | ) | |

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE

1     With the permission of Pretrial Services Officer Michelle Nero, Defendant Robert Vargas
2 respectfully requests, and the parties agree, that his conditions of pretrial release should be amended
3 to permit him to temporarily leave the Northern District of California as follows: 1) Long Beach,
4 California, flying out from Oakland airport on Friday, May 18, 2007, staying at the Renaissance
5 Hotel Resort, 111 East Ocean Boulevard, (562) 437-5900, and returning Monday, May 21, 2007; and
6 2) Mexican cruise, flying out from Oakland airport to Long Beach on October 10, 2007, and then
7 boarding the ship for Puerto Vallarta, and returning on October 17, 2007. During those times, Mr.
8 Vargas will reachable on his cell phone (415) 572-8891. Mr. Vargas shall remain in contact with
9 Pretrial Services as directed by Ms. Nero. All other conditions to remain the same.

10 IT IS SO STIPULATED.

11                                                         KEVIN V. RYAN
                                                        United States Attorney
12

13 DATED: 05/08/07                          /s/
14                                                       DEREK OWENS
                                                       Assistant United States Attorney
15

16 DATED: 05/08/07                          /s/
17                                                       DANIEL P. BLANK
                                                       Assistant Federal Public Defender
                                                       Attorney for Robert Vargas
18

19 IT IS SO ORDERED.

20 DATED: 5/9/07

21                                                         EDWARD _____
                                                        United

*IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California*

STIP. & PROP. ORDER AMENDING
CONDITIONS OF PRETRIAL RELEASE               - 1 -