1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234
      Email: wendy.thomas@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,        )   No. CR 06-0720 MAG
14                                  )
           Plaintiff,                )
15                                  )   **MOTION AND [PROPOSED] ORDER
         v.                         )   TO DISMISS INFORMATION**
16                                  )
   ROBERT VARGAS,                   )
17                                  )
           Defendant.                )
18  _____ )

19
      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
20
   United States Attorney for the Northern District of California moves to dismiss the above
21
   //
22
   //
23
   //
24
   //
25
   //
26
   //
27
   //
28
   //

DISMISSAL OF INFORMATION
CR 06-0720 MAG

1  Information with prejudice. The defendant has successfully completed his pretrial diversion
2  program.

4                                                     Respectfully submitted,

5                                                     SCOTT N. SCHOOLS
                                                      United States Attorney

8  DATED: __11/03/07__                               __/s/_____
                                                      WENDY THOMAS
9                                                     Special Assistant United States Attorney

11     The Court hereby grants leave to dismiss the above Information with prejudice.

13  DATED: __11/5/07__
14                                                    EDWARD M. CHEN
                                                      United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 06-0720 MAG